THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Isaiah Walker, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2010-UP-114
 Submitted January 4, 2010  Filed February
11, 2010    

APPEAL DISMISSED

 
 
 
 Rodney Wade Richey, of Greenville, for
 Appellant. 
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Donald J. Zelenka, all of Columbia; and Solicitor Harold Gowdy, III of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM: 
 Isaiah Frederick Walker appeals his conviction and sentence for murder, arguing
 the trial court erred in declining to direct a verdict in his favor because the
 State presented no direct evidence of his guilt.  After thoroughly reviewing
 the record and counsel's brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Walker's appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED. 
Williams, Pieper,
 and Lockemy, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.